O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL HATCHER, | Case No. 2:17-cv-06635-VBF-KES |
| Petitioner, | ORDER |
| v. | Adopting Report & Recommendation: |
| STEVEN LANGFORD, Warden, | **Dismissing Habeas Petition Without Prejudice;** |
| | Directing the Entry of Separate Judgment; |
| Respondent. | Terminating the Case (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 4). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. (See Dkt. 11.) The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. IT IS THEREFORE ORDERED that:

The Report and Recommendation is **ADOPTED**.

**The habeas petition is dismissed without prejudice** as an unauthorized second-or-successive motion under 28 U.S.C. § 2255.

The Court will rule on a certificate of appealability by separate order.

Judgment consistent with this Order shall be entered as a separate document as required by Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

Dated:  February 8, 2018

          /s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge