JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL HATCHER,<br>Petitioner,<br>v.<br>STEVEN LANGFORD, Warden,<br>Respondent. | Case No. 2:17-cv-06635-VBF-KES<br><br>**JUDGMENT** |

Pursuant to this Court's Order Adopting the Report & Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the habeas corpus petition is dismissed without prejudice.

Dated: February 8, 2018

_____

VALERIE BAKER FAIRBANK
Senior United States District Judge